IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NGHI TA, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>EINSTEIN HEALTHCARE NETWORK,<br><br>　　　　　　Defendants. | CIVIL ACTION<br>NO. 21-1985 |

# ORDER

**AND NOW**, this 9th day of December 2021, upon consideration of the Stipulation of Dismissal filed by the parties (Doc. No. 31), and the letter dated December 8, 2021 from Kenneth J. Grunfeld, Esquire, counsel for Plaintiff, informing the Court that the above-captioned action has settled (Doc. No. 32), it is **ORDERED** that the above-captioned actions is **DISMISSED WITH PREJUDICE** pursuant to Local Rule 41.1(b).  The Clerk of Court shall close the above-captioned case for statistical purposes.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky
　　　　　　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.